EXHIBIT "C"

# ventura translations, inc.
[vĕn-toŏr'ə/trăns-lā'-shəns/ĭn-k]

|  |  |
|---|---|
| Estimate No. | 15/1220 |
| Date | 10/1/2015 |

Firm/Client

Delvis Melendez, Esq.
90 Bradley Street
Brentwood NY 11717

## Confirmation & Fees

| Language Services | Total |
|---|---|
| Spanish Court Interpreting Services: $75/hr; 3 hr minimum and 1 hour travel time. | 300.00 |

Inquest to be held on:
DATE: 10/15/15
TIME: 2:00PM
LOCATION: United States District Court
Eastern District of New York
Magistrate Judge Anne Shields
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

In the matter of:

David Avelar, et al.
-against-
Ed Quiros Inc, Stucco of the Hamptons Inc, Ed Quiros in his individual capacity

Docket #: 13 Cv 7017 (ADS)(AYS)

NOTE: This is not an invoice.     Total  $300.00

Approved by:
Signature: _[signature]_          Date  10/2/2015

Print Name  Delvis Melendez

Please sign and fax to VenturaTranslations, Inc.: 718 349 3816

169 Richardson St. • Brooklyn, NY 11222 • Tel: 718 349 3374 • Fax: 718 349 3816 • venturatrans@gmail.com